UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| JAN F. BECKER, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 3: 08-28-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL B. MUKASEY, et al., | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Respondents. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court for consideration of Petitioner Jan F. Becker's *pro se* petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. [Record No. 1] Consistent with local practice, this matter was referred to United States Magistrate Judge Edward B. Atkins for consideration pursuant to 28 U.S.C. § 636(b)(1)(B). After a preliminary review of the petition, the Magistrate Judge filed his Report and Recommendation on June 23, 2008, recommending that the matter be dismissed. [Record No. 3] More specifically, the Magistrate Judge found that the petition is "totally without merit" and that the Eastern District of Kentucky is an improper venue for the matter. Neither party has filed objections to the Magistrate Judge's Report and Recommendation.

Although this Court must make a *de novo* determination of those portions of the Magistrate Judge's recommendations to which objection is made, *see* 28 U.S.C. § 636(b)(1)(c), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects

to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections to a Magistrate Judge's proposed findings of fact and recommendation waives the right to appeal. *See Wright v. Holbrook*, 794 F.2d 1152, 1154-55 (6th Cir. 1986). Nevertheless, having examined the record and having made a *de novo* determination, the Court is in agreement with the Magistrate Judge's recommended disposition.

Through his petition, Becker seeks to challenge his conviction in the Holmes County Common Pleas Court, an Ohio state court. He is currently incarcerated in Marion Correctional Institution, an Ohio state penitentiary, and has filed over twenty different habeas cases throughout the county in connection with his conviction. [*See* Record No. 3, p. 2 (listing cases)] Under the Antiterrorism and Effective Death Penalty Act, this Court lacks jurisdiction over Becker's habeas claims, as he was not convicted by a state court within this district or in custody within the district. *See* 28 U.S.C. § 2241(d) (noting that an application for a writ of habeas corpus "may be filed in the district court for the district wherein such person is in custody or in the district court the district within which the State court was held which convicted and sentenced him"). Further, a cursory review of the pleading indicates that Becker's claims are wholly without merit, as his allegations are legally insufficient to warrant any relief. [*See* Record No. 1]

Because Becker's petition is both frivolous and filed in an improper venue, the Court will deny the petition on initial consideration pursuant to Rule 4 of the Rules Governing Section 2254 Cases. Further, because the claims asserted by Becker are clearly without merit, he has failed to demonstrate a substantial factual conflict warranting an evidentiary hearing or a substantial

showing of the denial of a constitutional right entitling him to a Certificate of Appealability. Accordingly, it is hereby

**ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation [Record No. 3] is **ADOPTED** and **INCORPORATED** by reference.

2. Becker's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 [Record No. 1] is **DENIED**.

3. Becker's motion to proceed in forma pauperis [Record No. 2] is **DENIED** as moot.

4. A Certificate of Appealability shall not issue because Becker has not made a substantial showing of the denial of any substantive constitutional right;

5. This habeas proceeding shall be **DISMISSED** and **STRICKEN** from the docket.

This 11th day of July, 2008.



Signed By:
*Danny C. Reeves* DCR
United States District Judge