UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| JAN F. BECKER, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 3: 08-28-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL B. MUKASEY, et al., | ) | **JUDGMENT** |
| | ) | |
| Respondents. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Respondents with respect to all issues raised herein by Petitioner Jan F. Becker.

2. The claims asserted in this action by the Petitioner are **DISMISSED**, with prejudice.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 11th day of July, 2008.



-1-