No. 08-6304

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| JAN F. BECKER, | ) | |
| | ) | |
| Petitioner-Appellant, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| MICHAEL B. MUKASEY, et al., | ) | |
| | ) | |
| Respondents-Appellees. | ) | |
| | ) | |

FILED
Dec 15, 2008
LEONARD GREEN, Clerk

Eastern District of Kentucky
FILED
DEC 18 2008
AT FRANKFORT
LESLIE G. WHITMER
CLERK: U.S. DISTRICT COURT

Before: DAUGHTREY, GILMAN, and KETHLEDGE, Circuit Judges.

This court entered an order on October 30, 2008 directing the appellant to show cause within twenty-one days why the appeal should not be dismissed for failure to comply with Fed. R. App. P. 4(a). The appellant failed to respond.

It appears from the documents before the court that the judgment was entered on July 11, 2008. The notice of appeal filed on October 24, 2008 was late. *See* Fed. R. App. P. 4(a) and 26(a).

Compliance with Fed. R. App. P. 4(a) is a mandatory prerequisite that this court may neither waive nor extend. *Baker v. Raulie*, 879 F.2d 1396, 1398 (6th Cir. 1989). Fed. R. App. P. 26(b) specifically provides that this court may not enlarge the time for filing a notice of appeal except as authorized in Fed. R. App. P. 4.

Accordingly, it is ordered that the appeal is dismissed.

ENTERED BY ORDER OF THE COURT

Leonard Green
Clerk